### GRAND UNION CO. v. BAYER.

(Supreme Court, Appellate Term. December 22, 1909.)

COURTS (§ 190*) — APPEAL FROM MUNICIPAL COURT — DISMISSAL FOR WANT OF JURISDICTION.

An order of the Municipal Court, dismissing plaintiff's complaint for want of jurisdiction, is not appealable; plaintiff's remedy being by appeal from the judgment entered on such order.

[Ed. Note.—For other cases, see Courts, Dec. Dig. § 190.*]

Appeal from Municipal Court, Borough of Manhattan, Third District.

Action by the Grand Union Company against Katie Bayer. Judgment for defendant, and plaintiff appeals. Dismissed.

Argued before GIEGERICH, GOFF, and LEHMAN, JJ.

Emanuel I. S. Hart, for appellant.
Alexander Lamont, for respondent.

GIEGERICH, J. The appeal in this case is taken from an order of the Municipal Court dismissing the plaintiff's complaint upon the ground of want of jurisdiction. No appeal will lie from an order dismissing a complaint. Bevins & Rogers' Appellate Term Practice, p. 81, and cases cited. The remedy is by appeal from the judgment, which must be entered. Id. In the case at bar the record contains no order, although the notice of appeal recites one, and it appears that a judgment of dismissal was entered, from which no appeal is taken.

Appeal dismissed, with $10 costs. All concur.